UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NATALY MENDOZA, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 4:20 CV 270 CDP |
| BSB TRANSPORT, INC., et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This recently transferred and reassigned case is before me on my review of the Court file. It appears that the Order transferring this case from the Northern District of Illinois [51] resolved the motion to dismiss filed by defendants Singh and BSB Transport. Therefore, the Court will grant these defendants an extension of time, up to and including April 21, 2020, to file their answers to plaintiffs' amended complaint. Accordingly,

**IT IS HEREBY ORDERED** that defendants Singh and BSB Transport are granted an extension of time, up to and including **April 21, 2020**, to file their answers to plaintiffs' amended complaint.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 7th day of April, 2020.