UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NATALY MENDOZA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:20 CV 270 CDP |
| ) | |
| BSB TRANSPORT, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on the motion for judgment on the pleadings filed by defendant Reliable Transportation Solutions, LLC.  Reliable seeks dismissal from this wrongful death action as plaintiffs' negligent entrustment and vicarious liability claims against it – a freight broker – are preempted by the Federal Aviation Administration Authorization Act of 1994, 49 U.S.C. § 14501(c)(1). Plaintiffs have not opposed dismissal, and their time for doing so has expired.

Accordingly, for the reasons set out in Reliable's motion and accompanying memorandum and without opposition from plaintiffs,

**IT IS HEREBY ORDERED** that defendant Reliable Transportation Solutions, LLC's motion for judgment on the pleadings [80] is granted, and plaintiffs' claims against defendant Reliable are dismissed.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of September, 2020.