UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NATALY MENDOZA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:20 CV 270 CDP |
| | ) | |
| BSB TRANSPORT, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

For good cause shown,

**IT IS HEREBY ORDERED** that the motion for leave to file response and

vacate dismissal [83] is granted, the Memorandum and Order dated September 21,

2020 [82] is vacated, and plaintiffs' opposition to dismissal [83-1] is deemed filed

as of this date.  Defendant's reply brief shall be filed in accordance with the

provisions of the case management order.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of September, 2020.