UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NATALY MENDOZA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:20 CV 270 CDP |
| ) | |
| BSB TRANSPORT, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on three discovery motions recently filed in this case. Because I believe expeditious resolution of these issues is warranted, I will set an immediate videoconference hearing on all pending motions. No further briefing is permitted. Counsel should be prepared to discuss all current discovery disputes at the hearing and also are required to again meet and confer in advance to attempt to resolve as many issues as possible. This requires counsel to return phone calls. After reviewing the motions, it is apparent to the Court that many of these disputes could and should be easily resolved if counsel actually spoke to one another.

Accordingly,

**IT IS HEREBY ORDERED** that there will be a **hearing on all pending discovery motions** [98, 99, 100] on **Tuesday, November 24, 2020 at 2:00 p.m. and will be held by video via Zoom.** Hearing participants received a separate email with a link to join the hearing by Zoom. Members of the general public who wish to listen in to the hearing are directed to call the following number to participate by phone: 1-669-254-5252, Meeting ID: 160 670 3965. Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge. This includes proceedings ordered by the Court to be conducted by phone or video. No further briefing on the motions is permitted, and **counsel are required to again meet and confer in advance to attempt to resolve as many issues as possible and should be prepared to discuss their efforts with the Court.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 19th day of November, 2020.

2